UNITED STATES DISTRICT COURT

CLOSED

DISTRICT OF NEW JERSEY

NEI WORLWIDE GRAPHICS, LTD.                    :

                                           Civil No. 09-5448 (DMC)

                                    :

        v.                                  Order of Referral
                                    :       to Bankruptcy Court

RCA CAPITAL CORP. et al

                                    :

It appearing to the Court that the above-entitled matter was removed to this Court in accordance with the removal provisions of Title 28, §1452, by petition filed on June 9, 2009, and

It further appearing to the Court that bankruptcy proceedings are presently pending before the Bankruptcy Court;

It is on this 30th day of October, 2009,

ORDERED that the above entitled matter, on the Court's own motion, be, and it hereby is, referred to the United States Bankruptcy Court, pursuant to 28 U.S.C. §157.

                                                                           _____
                                                                           Dennis M. Cavanaugh

                                                                           United States District Judge